UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BLANCO,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF BELL, ET AL.,<br><br>             Defendants. | CASE NO. CV 08-01754-MMM(FMOx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __90__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: September 19, 2008              _Margaret M. Morrow_
                                                            MARGARET M. MORROW
                                                            UNITED STATES DISTRICT JUDGE